UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew D. Kohus,

    Plaintiff,

        v.                               Case No.   1:16cv968

David Friend, *et al.*,                   Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 20, 2017 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice for lack of prosecution and for failure to obey a Court order.

    **IT IS SO ORDERED.**

                                          /s/ Michael R. Barrett
                                          Michael R. Barrett
                                          United States District Judge